

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00025-CV

**IN RE** James **SCOTT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  February 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On January 14, 2013, Relator James Scott filed a petition for writ of mandamus. The court has considered Scott's petition for writ of mandamus and is of the opinion that Scott is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 05-838-A, styled *James Robert Scott v. State of Texas*, from the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.